**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| GUSTAVO BARBAN SIERRA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00337 |
| | § | |
| U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY, et al., | § | |
| Respondents. | § | |

## ORDER

Before the Court is a Motion for Extension of Time to File the Court's Questionnaire sent via email by Mirialys Alarcon, as next friend of Petitioner. Ms. Alarcon requests an extension of time to file the questionnaire requested by the Court to determine whether Ms. Alarcon may file Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), as his next friend, (Dkt. No. 7).

When a party moves to extend a deadline after it expires, the Court may extend the deadline for "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Excusable neglect is an "elastic concept," and it is an equitable determination "taking account of all relevant circumstances surrounding the party's omission." *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010). "The permissive language of Rule 6(b) shows that any grant of an extension of time for when an act must be done falls to the district court's discretion." *Id.*

Here, Petitioner's deadline to file the questionnaire was March 16, 2026. (Dkt. No. 7). Ms. Alarcon e-mailed the instant motion for extension on March 17, 2026. Because Petitioner is pro se seeking to proceed through his next friend, and Ms. Alarcon experienced a delay due to personal circumstances, the Court finds that there was excusable neglect that justifies an extension of the deadline.

However, Ms. Alarcon is advised that any future motions must be filed with the Clerk of Court. If Petitioner or Ms. Alarcon need additional information regarding filing procedures, they may contact the Clerk of Court's Office at (956) 723-3542.

1 / 2

As such, Petitioner's Motion for Extension of Time File the Court's Questionnaire is **GRANTED.**

It is so **ORDERED**.

**SIGNED** on March 17, 2026.

John A. Kazen
United States District Judge