United States District Court
Southern District of Texas

**ENTERED**

June 09, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **GUSTAVO BARBAN SIERRA, by Next** | § | |
| **Friend Mirialys Alarcon,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00337** |
| | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY ET AL,** *et al.*, | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is a pro se Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), (Dkt. No. 1), signed by Mirialys Alarcon, on behalf of immigrant detainee Gustavo Barban Sierra. The Court permitted Petitioner or his next friend to file additional information so that the Court could evaluate Petitioner's use of the next friend device. (Dkt. No. 7). Petitioner's Next Friend filed the additional information. (Dkt. No. 10). Petitioner names U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; and Warden, GEO Rio Grande Detention Center, as Respondents.

As explained below, the Court **ACCEPTS** Petitioner's petition filed as next friend, (Dkt. No. 1). Based upon a review of the Petition and the additional information, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than June 15, 2026**.[1] 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than June 22, 2026**.

For the reasons stated in Petitioner's additional information and petition, the Court accepts the petition filed as next friend and has jurisdiction to entertain the petition. *See Weber v. Garza*, 570 F.2d 511, 513–14 (5th Cir. 1978). "[T]he authority of one person to apply for a writ of habeas corpus for the release of another will be recognized only when the application for the writ establishes some reason or explanation, satisfactory to the court, showing: (1) why the detained person did not sign and verify the petition and (2) the

---

[1] Respondents must serve its response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is pro se.

relationship and interest of the would be 'next-friend.'" *Id.* The Court finds that Petitioner sufficiently established an explanation for why he did not file or sign the Petition because he does not speak English and faced legal access and resource issues while he has been detained. *See id.* at 514 n.4; (Dkt. No. 10 at 2). Additionally, the Court finds that Petitioner and the Next Friend have a sufficiently close relationship as she has known him for four years since he arrived to the United States. (Dkt. No. 10 at 2). Because the Court finds that the evidence presented by Petitioner is sufficient, the next friend device does not deprive the Court of jurisdiction. *Id.* at 514.

The Clerk of Court is **DIRECTED** to serve the Petition and its attachments, (Dkt. No. 1), Petitioner's amended petition, (Dkt. No. 12), and this Order on Respondents via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail a copy of this Order, by regular mail and any receipted means, to the following parties at these listed addresses:

- Gustavo Barban Sierra, Rio Grande Processing Center, 1001 San Rio Blvd., Laredo, TX 78046.

- Mirialys Alarcon, 6703 Pleasant Stream Drive, Katy, TX 77449.

The Clerk is further **DIRECTED** to send a copy of this Order by electronic mail to alarconmirialys@gmail.com.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least seven (7) days before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on June 8, 2026.

John A. Kazen
United States District Judge